# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-5248__        Case Manager: __Leon T. Korotko__

Case Name: __John Doe #1, et al. v. William Lee, et al.__

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
    Case Name: __n/a__        Citation: __n/a__
    Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**The appeal is being taken against John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, John Doe #7, John Doe #8, and John Doe #9, each of whom was awarded injunctive and declaratory relief by the district court.  Governor Lee and Director Rausch will raise the following issues:**

**(1) Did the district court err in asserting broad jurisdiction to adjudicate the claims against Governor Lee and Director Rausch?**

**(2) Did the district court err in concluding that Tennessee's various attempts to regulate convicted sex offenders, currently codified at Tenn. Code Ann. § 40-39-201 et seq., all impose retroactive criminal punishment and are thus impermissible under the Ex Post Facto Clause?**

**(3) Did the district court err in granting sweeping declaratory and injunctive relief to remedy the plaintiffs' injuries?**

**This is to certify that a copy of this statement was served on opposing counsel of record this __11__ day of**

_____ __April__ , __2023__ .        **Gabriel Krimm**
                                          Name of Counsel for Appellant

6CA 53
Rev. 6/08