Case No. 23-5248

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; JOHN DOE #7; JOHN DOE #8; JANE DOE #9

    Plaintiffs - Appellees

v.

WILLIAM BYRON LEE, Governor of the State of Tennessee, in his official capacity; DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity

    Defendants - Appellants

Upon consideration of appellee's motion to file a corrected brief,

It is **ORDERED** that the motion is **GRANTED.**

    ENTERED PURSUANT TO RULE 45(a),
    RULES OF THE SIXTH CIRCUIT
    Deborah S. Hunt, Clerk

Issued:  August 14, 2023