IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN DOE #1, et al., | ) |
| | ) |
|     Plaintiffs/Appellees, | ) |
| | ) |
| v. | ) Case No. 23-5248 |
| | ) On Appeal from the United States |
| WILLIAM B. LEE, et al., | ) District Court for the Middle District of |
| | ) Tennessee, Case No. 3:21-cv-590 |
|     Defendants/Appellants. | ) |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF
### (Corrected)

COMES John Doe, a Plaintiff in a related case pending in the United States District Court for the Eastern District of Tennessee, by and through counsel, and pursuant to *Fed. R. App. P. 29(a)*, and hereby moves this Court for leave to file the attached Amicus Brief in support of the Appellees John Doe #1, et al.

1. Doe is currently a Plaintiff in a case pending in the United States District Court for the Eastern District of Tennessee styled *John Doe, Plaintiff v. David B. Rausch, in his official capacity as the Direct of the Tennessee Bureau of Investigation,* Case No. 3:20-cv-407. Doe's case was put on administrative hold by agreement of parties' counsel pending the resolution of this appeal.

2. Doe has challenged the application of a 2014 Amendment to the Tennessee Sex Offender Registry which requires him to register for life. The

Amendment which was not in place at the time of Doe's conviction requires anyone with a victim under 12 years old to remain on the registry for life. At the time of his conviction Doe was subject to being on the registry for just 10 years. He has challenged it as a violation of the Ex Post Facto Clause to the United States Constitution.

3. Doe has a significant interest in the outcome of this appeal as it will have a direct impact on his case.

4. Doe respectfully requests to submit this brief in support of the Appellees to demonstrate the application by other Federal District Courts of this Court's decision in *Doe v. Snyder*, 834 F.3d 696 (6th Cir. 2016) particularly two (2) decisions from the United States District Court for the Eastern District of Tennessee. *Synder* is controlling precedent, and the authorities relied on by the Defendants in this appeal are not. Doe is limiting his argument in his Amicus Brief to only the Ex Post Facto issue.

5. Doe avers this brief is timely and filed within 7 days of the filing of the Appellees' corrected brief on August 11, 2023.

For reasons stated herein, John Doe respectfully requests leave of Court to file the attached Amicus Brief.

Respectfully submitted this 21st day of August 2023

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)

2

>MENEFEE & BROWN, P.C.
>2633 Kingston Pike, Ste. 100
>Knoxville, Tennessee 37919
>Phone: (865) 357-9800
>Fax: (865) 357-9810
>e-mail: mbrown@menefeebrown.com
>
>*Attorney for the Amicus Curiae John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2023, a true and exact copy of this document has been served via this Court's electronic filing system. Service is made on all parties appearing on this Court's electronic service certificate. All parties in interest may access this pleading via ECF.

>/s/ Mark E. Brown
>Mark E. Brown