Case No. 23-5248

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; JOHN DOE #7; JOHN DOE #8; JANE DOE #9

    Plaintiffs - Appellees

v.

WILLIAM BYRON LEE, Governor of the State of Tennessee, in his official capacity; DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity

    Defendants - Appellants


Upon consideration of the motion to file an amicus brief submitted by Mr. Mark E. Brown for John Doe,

It is **ORDERED** that the motion be and hereby is **GRANTED.**


        **ENTERED BY ORDER OF THE COURT**
        Deborah S. Hunt, Clerk

Issued: October 06, 2023