Case No. 23-5248

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5; JOHN DOE #6; JOHN DOE #7; JOHN DOE #8; JANE DOE #9

    Plaintiffs - Appellees

v.

WILLIAM BYRON LEE, Governor of the State of Tennessee, in his official capacity; DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity

    Defendants - Appellants

Upon consideration of the motion to supplement the certified record filed by Mr. Walter Justin Adams for John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, John Doe #7, John Doe #8, and Jane Doe #9,

It is **ORDERED** that the motion be and hereby is **GRANTED.**

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: October 06, 2023