UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5248**

Case Title: **John Doe #1, et al.** vs. **William Lee, et al.**

List all clients you represent in this appeal:

**William B. Lee in his official capacity as Governor of Tennessee and David B. Rausch in his official capacity as Director of the Tennessee Bureau of Investigation**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Alicia Gilbert**     Signature: s/ **Alicia Gilbert**

Firm Name: **Office of the Tennessee Attorney General & Reporter**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **615-770-1918**

Email Address: **alicia.gilbert@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---