**607 - 6th Floor West Courtroom, 1:00 P.M.**               **Thursday, December 7, 2023**

**Siler, Nalbandian, Davis**

**23-5248    John Doe #1, et al. v. William Lee, Governor, et al.**

John Doe #1, et al.                                              ret   Walter Justin Adams

**Plaintiffs - Appellees**

**V.**

William Byron Lee, Governor, et al.                              ret   Gabriel Krimm
                                                                       *3 Minutes Rebuttal*

**Defendants - Appellants**

*Angie Ferguson, Courtroom Deputy*

Defendants appeal the summary judgment for plaintiffs declaring that the retroactive application of the State of Tennessee's sexual offender registry-related laws violates the Ex Post Facto Clause and an order permanently enjoining the State of Tennessee from enforcing any provision of its sex offender registration act against plaintiffs or requiring that plaintiffs comply with any provision of the act. (15 Minutes Per Side)