IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **JOHN DOES #1–9,**<br><br>Plaintiffs,<br><br>*vs*.<br><br>**WILLIAM B. LEE,** *et al.*,<br><br>Defendants. | **Case No. 3:21-cv-00590**<br><br>**Case No. 3:21-cv-00593**<br><br>**Case No. 3:21-cv-00594**<br><br>**Case No. 3:21-cv-00595**<br><br>**Case No. 3:21-cv-00596**<br><br>**Case No. 3:21-cv-00597**<br><br>**Case No. 3:21-cv-00598**<br><br>**Case No. 3:21-cv-00624**<br><br>**Case No. 3:21-cv-00671**<br><br>**Judge Trauger** |

### NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF DOE #3

Counsel for Plaintiff John Doe #3 hereby give notice and suggest upon the record, pursuant to Federal Rules of Civil Procedure 25(a), that Plaintiff John Doe #3 died on January 26, 2023 and that Plaintiff's estate has advised counsel it does not wish to seek substitution as a party for purposes of seeking an attorney fee award.

Dated: March 31, 2023.

        Respectfully submitted:

        /s/ W. Justin Adams
        Edward M. Yarbrough (TN BPR # 004097)
        Jonathan P. Farmer (TN BPR # 020749)
        W. Justin Adams (TN BPR # 022433)
        SPENCER FANE LLP
        511 Union Street, Suite 1000
        Nashville, Tennessee 37219
        Telephone: 615-238-6300
        eyarbrough@spencerfane.com
        jfarmer@spencerfane.com
        wjadams@spencerfane.com

        Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I certify that on March 31, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties shown on the electronic filing receipt. All other parties will be served by email:

Gabriel Joseph Krimm, Esq.
Courtney N. Orr, Esq.
Cody N. Brandon, Esq.
Mallory K. Schiller, Esq.
Miranda Jones, Esq.
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
gabriel.krimm@ag.tn.gov
courtney.orr@ag.tn.gov
cody.brandon@ag.tn.gov
mallory.schiller@ag.tn.gov
miranda.jones@ag.tn.gov

Counsel for Defendants

/s/W. Justin Adams
W. Justin Adams