# No. 23-5248

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

JOHN DOE #1, ET AL.,

                                  *Plaintiffs-Appellees,*

v.

WILLIAM B. LEE, ET AL.,

                                  *Defendants-Appellants.*

On appeal from the United States District Court
for the Middle District of Tennessee
No. 3:21-cv-590

## Motion to Withdraw as Counsel

| | |
|---|---|
| Jonathan Skrmetti<br>  *Attorney General & Reporter* | Gabriel Krimm<br>  *Assistant Solicitor General* |
| Andrée Sophia Blumstein<br>  *Solicitor General* | Alicia Gilbert<br>  *OSG Honors Fellow* |
| | State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Alicia.Gilbert@ag.tn.gov<br>(615) 770-1918 |
| | *Counsel for Governor Lee<br>  & Director Rausch* |

Alicia Gilbert respectfully moves to be removed as counsel for Defendants-Appellants in this matter as she is leaving the Office of the Attorney General. Gabriel Krimm will continue to represent Defendant-Appellants in this matter.

Dated: February 28, 2024　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　Jonathan Skrmetti
　　　　　　　　　　　　　　　　　*Attorney General & Reporter*

　　　　　　　　　　　　　　　　Andrée Sophia Blumstein
　　　　　　　　　　　　　　　　　*Solicitor General*

　　　　　　　　　　　　　　　　Gabriel Krimm
　　　　　　　　　　　　　　　　　*Assistant Solicitor General*

　　　　　　　　　　　　　　　　<u>*/s/ Alicia Gilbert*</u>
　　　　　　　　　　　　　　　　Alicia Gilbert
　　　　　　　　　　　　　　　　　*OSG Honors Fellow*
　　　　　　　　　　　　　　　　State of Tennessee
　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　P.O. Box 20207
　　　　　　　　　　　　　　　　Nashville, TN 37202
　　　　　　　　　　　　　　　　Alicia.Gilbert@ag.tn.gov
　　　　　　　　　　　　　　　　(615) 770-1918

　　　　　　　　　　　　　　　　*Counsel for Governor Lee*
　　　　　　　　　　　　　　　　　*& Director Rausch*

## CERTIFICATE OF COMPLIANCE

This motion complies with the Court's type-volume limitations because it contains 34 words, excluding portions omitted from the Court's required word count.

This brief complies with the Court's typeface requirements because it has been prepared in Microsoft Word using fourteen-point Century Schoolbook font.

*/s/ Alicia Gilbert*
Alicia Gilbert

## CERTIFICATE OF SERVICE

On February 28, 2024, I filed an electronic copy of this motion with the Clerk of the Sixth Circuit using the CM/ECF system. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

*/s/ Alicia Gilbert*
Alicia Gilbert