**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 15, 2024

Mr. Walter Justin Adams
Spencer Fane
511 Union Street
Suite 1000
Nashville, TN 37219

Re: Case No. 23-5248, *John Doe #1, et al v. William Lee, et al*
Originating Case No.: 3:21-cv-00590 : 3:21-cv-00594 : 3:21-cv-00593 : 3:21-cv-00596 : 3:21-cv-00595 : 3:21-cv-00597 : 3:21-cv-00598 : 3:21-cv-00624 : 3:21-cv-00671 : 2:22-cv-00004

Dear Mr. Adams,

   This is to advise that the court has granted your motion for an extension of time to file a petition for rehearing en banc. The petition submitted on June 29, 2024, is accepted for filing.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Mark Edwin Brown
   Mr. Jonathan P. Farmer
   Mr. Gabriel Krimm
   Mr. Edward M. Yarbrough